Leah Liebman, defendant in error, v. Charles Rahm et al., plaintiffs in error. Gen. No. 8,384.

Opinion filed February 23, 1933.

Herbert P. Folkers, Joseph Keig and John H. Garnsey, for plaintiffs in error. John H. Savage and James G. Holbrook, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

## THIRD DISTRICT.

R. O. Ahlenius, appellee, v. Bunn & Humphreys, Inc., appellant. Gen. No. 8,506.

Opinion filed January 16, 1933.

Stone & Taylor and B. L. Catron, for appellant. W. K. Bracken and Bracken, Livingston & Murphy, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

Yelloway Pioneer System, Inc., plaintiff in error, v. Emma C. Dean, defendant in error. Gen. No. 8,627.

Opinion filed January 16, 1933. Rehearing denied April 5, 1933.

John E. Cassidy, for plaintiff in error. E. C. Mills, Peter Murphy and Harold F. Trapp, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

Willis Lyons, appellee, v. Moorman Manufacturing Company, appellant. Gen. No. 8,669.

Opinion filed January 16, 1933. Rehearing denied April 5, 1933.

Wilson & Schmiedeskamp and Rearick & Meeks, for appellant. Jones, McIntire & Jones, for appellee; V. W. McIntire, of counsel.

Mr. Presiding Justice Eldredge delivered the opinion of the court.